THE STATE, EX REL. PARTLOW ET AL., *v.* CITY OF COLUMBUS
ET AL.

[Cite as State, ex rel. Partlow, v. Columbus (1970), 22
Ohio St. 2d 1.]

(No. 69-342—Decided April 1, 1970.)

*Mr. Joseph S. Deutschle, Jr.,* and *Mr. James C. Britt,* for relators.

*Mr. John C. Young,* city attorney, *Mr. William J. Melvin, Mr. William G. Huggins* and *Mr. Thomas A. Bustin,* for respondents.

*Per Curiam.* The writ of mandamus is allowed on the authority of *State, ex rel. Royal,* v. *Columbus* (1965), 3 Ohio St. 2d 154, 209 N. E. 2d 405, and *Griggs* v. *Allegheny County* (1962), 369 U. S. 84, 7 L. Ed. 2d 585.

*Writ allowed.*

LEACH, O'NEILL, SCHNEIDER, HERBERT, DUNCAN and CORRIGAN, JJ., concur.*

LEACH, J., of the Tenth Appellate District, sitting for MATTHIAS, J.

---

*CHIEF JUSTICE TAFT participated in this case which was, however, decided after his death.